IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| CHESTER T. KALINOSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, | ) ) ) | CIVIL ACTION NO.: 7:12-cv-00608 |
| | ) | |
| MEDICAL SALES MANAGEMENT, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BARRY J. CADDEN, | ) | |
| | ) | |
| Defendants. | ) | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/ BWebb
DEPUTY CLERK

## ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the reasons stated in Defendant Medical Sales Management, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, the motion is hereby GRANTED.

Defendant Medical Sales Management, Inc. hereby must answer or otherwise move with respect to Plaintiff's Complaint by February 25, 2013.

/s/ Michael F. Urbanski
_____
The Honorable Michael F. Urbanski

01-24-2013