IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Chester T. Kalinoski,
    Plaintiff

vs.                                  Civil Action No. WDVA 7:12-cv-00608
                                  MDL Docket No.   MDL 2419

New England Compounding Pharmacy, Inc., et al.,
    Defendants.

### ORDER

The Judicial Panel on Multidistrict Litigation entered an Order pursuant to 28 U.S.C. § 1407 on February 22, 2013, transferring the above titled action to the United States District Court for the District of Massachusetts, and assigning this case to the Honorable F. Dennis Saylor for inclusion in the coordinated or consolidated pretrial proceedings with like actions previously transferred to that district.

Pursuant to that Order, this case is hereby

### ORDERED

transferred to the United States District Court for the District of Massachusetts, and to the docket of the Honorable F. Dennis Saylor, United States District Judge.

ENTER this 6th day of March, 2013.

/s/ Michael F. Urbanski
UNITED STATES DISTRICT JUDGE

*Clerk's Office U.S. Dist. Court at Roanoke, VA Filed MAR 06 2013 Julia C. Dudley, Clerk By: Deputy Clerk*